## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SELENA C. C.,

Case No. 26-cv-2346 (LMP/DTS)

Petitioner,

v.

**ORDER**

TODD BLANCHE, *Acting Attorney General, United States Department of Justice*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; and TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*,

Respondents.

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Selena C. C.'s Petition for Writ of Habeas Corpus (ECF No. 1) on or before **Friday, May 1, 2026**, certifying the true cause and proper duration of Selena C. C.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Selena C. C.'s detention in light of the issues raised in her Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Selena C. C.'s claims; and

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.    If Selena C. C. intends to file a reply to Respondents' answer, she must do so on or before **Friday, May 8, 2026**; and

4.    No further submissions from the parties will be permitted except as authorized by Court order.

Dated: April 24, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge