**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

SELENA C. C.,

                    Petitioner,

v.

TODD BLANCHE, *Acting Attorney
General, United States Department of
Justice*; MARKWAYNE MULLIN,
*Secretary, U.S. Department of Homeland
Security*; and TODD M. LYONS, *Acting
Director of Immigration and Customs
Enforcement*,

                    Respondents.

Case No. 26-cv-2346 (LMP/DTS)

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Stipulation of Dismissal ("Stipulation"), ECF No. 7, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Based on the Stipulation, and on the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that Petitioner Selena C. C.'s Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 6, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge